# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|       Plaintiff, | ) | |
| vs. | ) | No. 05-0052-01-CR-W-FJG |
| Micah A. Johnson, | ) | |
|       Defendant. | ) | |

## ORDER

Defendant's motion for release of seized property (Doc. #34), filed October 11, 2005, is sustained. The Government has responded (Doc. #36) that it will return the property currently in its possession to the party named in defendant's motion.

                                                /s/Fernando J. Gaitan, Jr.
                                                United States District Judge

Dated: December 22, 2005
Kansas City, Missouri